

June 21, 2019

**VIA ECF**

Honorable A. Richard Caputo
United States District Court for the
   Middle District of Pennsylvania
235 North Washington Avenue
Scranton, PA 18501

      Re:   <u>Kimberly McNaughton v. Gentex Corporation – No. 3:18-CV-01940-ARC</u>

Dear Judge Caputo:

      This office represents Gentex Corporation in the above-referenced matter. I write to respectfully request that the Court schedule this matter for an initial case management conference.

                                  Respectfully,

                                    Donna A. Walsh

DAW:cak
cc:   George Barron, Esquire (via ECF)