IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY MCNAUGHTON<br>　　Plaintiff | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | CASE NO.: 3:18-CV-01940-MWB |
| | : | |
| GENTEX CORPORATION<br>Defendant | : | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) for the Federal Rules of Civil Procedure, kindly mark the above-captioned action settled, dismissed and ended with prejudice.

Respectfully submitted:

s/ George Barron
George Barron, Esq.
Attorney for Plaintiff
88 North Franklin Street
Wilkes-Barre, PA 1870
Telephone (570) 824-3088

s/Donna A. Walsh
Daniel T. Brier
Donna A. Walsh
Attorneys for Defendant
Gentex Corporation
MYERS, BRIER & KELLY, LLP
425 Spruce St., Suite 200
Scranton, PA 18503


　　　　　　　　　　　　　　　SO ORDERED:


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brann, J.